UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROSA HOLLANDER, individually and on behalf
of others similarly situated,

                         Plaintiff,

                                                                        JUDGMENT
                                                                        18-CV-02808 (DLI)(VMS)

     -against-

ALLIANT CAPITAL MANAGEMENT, LLC &
OLIPHANT FINANCIAL GROUP, LLC,

                        Defendants.
------------------------------------------------------------ X

       A Summary Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 31, 2019, dismissing Defendants' motion to dismiss the complaint to the extent that dismissal is without prejudice; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss the complaint is granted to the extent that dismissal is without prejudice.

Dated: Brooklyn, NY                                                                Douglas C. Palmer
       April 4, 2019                                                                  Clerk of Court

                                                                                  By:    /s/*Jalitza Poveda*
                                                                                             Deputy Clerk